PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

JUL 31 2015

CLERK _____
SO. DIST OF GA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 4:14CR00407-1 |
| Destiny H. Burchfield | |

On March 10, 2015, the above named was placed on probation for a period of six months. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

Clayton B. Hester
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 30TH day of July, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

CLERK SO. DIST OF GA
FILED U.S. DISTRICT COURT SAVANNAH DIV.
JUL 31 2015